02-09-298-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00298-CV 

 


 
 
 In re Frank Kent Motor Company
 d/b/a Frank Kent Cadillac
 
 
  
 
 
 RELATOR
  
 
 


------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that relief should be denied. 
Accordingly, relator’s petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL: 
WALKER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DELIVERED: 
August 30, 2010











    [1]See
Tex. R. App. P. 47.4.